IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-572-D

KARTLA RENEE BOWIE,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　ORDER
　　　　　　　　　　　　　　　　)
BANK OF AMERICA,　　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　)

On November 13, 2013, Bank of America filed a motion to dismiss for lack of subject matter jurisdiction [D.E. 14]. See Fed. R. Civ. P. 12(b)(1). On January 21, 2014, Karla Renee Bowie filed a response in opposition [D.E. 17].

Bowie's claims arise under North Carolina law and she fails to plausibly allege subject matter jurisdiction. See [D.E.1]. Accordingly, the motion to dismiss for lack of subject matter jurisdiction [D.E. 14] is GRANTED. See 28 U.S.C. §§ 1331, 1332(a).

SO ORDERED. This 4 day of March 2014.

　　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge