AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | | |
|---|---|---|
| KARLA RENEE BOWIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | **CASE NO. 5:13-CV-572-D** |
| BANK OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that Defendant's Motion to Dismiss [D.E. 14] is GRANTED. The clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**MARCH 4, 2014**</u> WITH A COPY TO:

Karla Renee Bowie, Pro se (via USPS to 15252 Coachman Terr., Woodbridge, VA 22191)
Eric H. Biesecker (via CM/ECF Notice of Electronic Filing)

<u>March 4, 2014</u>                   JULIE A. RICHARDS, Clerk
Date                                          Eastern District of North Carolina

                                                            /s/ Debby Sawyer
                                                            (By) Deputy Clerk

Raleigh, North Carolina